In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., to the Real Property Required for the Widening of Fourth Avenue on Its Easterly Side from East Thirty-second Street to East Thirty-third Street, in the Borough of Manhattan, City of New York.— Motion granted; questions certified. Present — Finch, Merrell, McAvoy and Martin, JJ.

SIEBROS FINANCE CORPORATION v. FIRE ASSOCIATION OF PHILADELPHIA.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, Martin, O'Malley and Proskauer, JJ.

In the Matter of ELLA A. ROGERS, Deceased.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and O'Malley, JJ.

In the Matter of SARAH A. DELMAR, Deceased. THE NATIONAL CITY BANK OF NEW YORK; FANNY PERRY EVANS and Others; HENRY F. BARNES and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ANTILLO REALTY Co., INC., v. JACOB PORTE.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

BELBIRD REALTY CORPORATION v. MINNIE WOLFSON.— Motion granted. Present — Finch, Merrell, McAvoy and Martin, JJ.

MINERVA BURGER, Amended to MINERVA FORTINI, v. BERNARD BURGER.— Motion dismissed, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE LOESCH v. MANHATTAN LIFE INSURANCE COMPANY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

THE LOUIS FRIEDMAN REALTY Co., INC., v. MICHAEL DE STEFAN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES v. NELLIE HIGGINS and HANNAH KRAUS.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WINFIELD S. EWING and Another v. SAMUEL HELLMAN and Another. (J. & H. GOODWIN, LTD., Appellant.) — Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

L. STEWART GATTER v. ELIZABETH IRVING.— Motion granted.— Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES J. DRYDEN.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FEDERAL INTERNATIONAL BANKING COMPANY v. GEORGE A. TOUCHE and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LABOYTEAUX & COMPANY v. OMER FEIZI.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MINNIE KANRICH, as Executrix, etc., of SAMUEL KANRICH, Deceased, v. BERNARD L. KANRICH, as Surviving Partner, etc.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.